**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Paul Bastian, OSB No. 062706**
paul@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
    Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DAVID KIM**, and **ESTHER KIM**, individually and as guardian ad litem for **EK**, her minor child,<br><br>**PLAINTIFFS**,<br><br>v.<br><br>**BEAVERTON SCHOOL DISTRICT 48J,**<br><br>**DEFENDANT**. | Case No. 3:20-cv-2025-SI<br><br>**STIPULATED NOTICE OF DISMISSAL** |

PAGE 1 – STIPULATED NOTICE OF DISMISSAL

LAW OFFICES OF DANIEL SNYDER
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 | Fax (503) 241-2249

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A) and Local Rule 41-1, plaintiffs David Chris and Esther Chris, individually and as guardian ad litem for EC, her minor, and defendant Beaverton School District 48 J stipulate that the parties have settled this lawsuit and respectfully request an order from this Court dismissing plaintiffs' claims and this lawsuit with prejudice, and without an award of prevailing costs or attorney fees and costs to any party.

DATED: September 9, 2024

/s/ Daniel Snyder
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Paul Bastian, OSB No. 062706
paul@lawofficeofdanielsnyder.com
LAW OFFICES OF DANIEL SNYDER
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
  Attorneys for Plaintiffs

DATED: September 9, 2024

/s/ Iván Resendiz Gutierrez
Naomi Levelle Haslitt, OSB No. 075857
naomi.haslitt@millernash.com
Iván Resendiz Gutierrez, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH LLP
1140 SW Washington Street, Suite 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155
  Attorneys for Defendant

PAGE 2 – STIPULATED NOTICE OF DISMISSAL

LAW OFFICES OF DANIEL SNYDER
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 | Fax (503) 241-2249